UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTHONY R. PATTERSON         ]
    Plaintiff,               ]
                             ]
v.                           ]      No. 3:06-1098
                             ]      Judge Trauger
BOB BARKER, et al.           ]
    Defendants.              ]

O R D E R

On November 13, 2006, an order (Docket Entry No.3) was entered dismissing the instant *pro se* § 1983 prisoner action for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a).

Since the entry of this order, the plaintiff has filed a letter (Docket Entry No.20) "asking again for relief under Rule 60(b)."[1]

Rule 60(b) of the Federal Rules of Civil Procedure describes certain instances in which a Court might relieve a party from the burden of a final judgment or order. The plaintiff's letter provides the Court with no factual allegations suggesting that Rule 60(b) relief would be appropriate. Moreover, those reasons given by the plaintiff in his original Rule 60(b) motion, i.e., mistakes, inadvertence or excusable neglect, are no longer timely. As a

---

[1] This is the plaintiff's second motion for Rule 60(b) relief. His first such motion (Docket Entry No.15) was denied for want of jurisdiction. *See* Docket Entry No.17.

result, to the extent that the plaintiff's letter seeks Rule 60(b) relief, said motion lacks merit and is hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge