UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTHONY R. PATTERSON ]
    Plaintiff, ]
]
v. ] No. 3:06-1098
] Judge Trauger
BOB BARKER, et al. ]
    Defendants. ]

O R D E R

On November 13, 2006, the instant *pro se* § 1983 prisoner action was dismissed for failure to exhaust administrative remedies. Docket Entry No. 3.

The plaintiff had, on three previous occasions, filed motions (Docket Entry Nos. 5, 15 and 20) to reopen the case pursuant to 60(b) of the Federal Rules of Civil Procedure. On each occasion, the plaintiff's motion was denied.

Presently pending before the Court is the plaintiff's fourth motion (Docket Entry No. 22) for relief under Rule 60(b). This motion is also DENIED.

It is so ORDERED.

Aleta A. Trauger
United States District Judge